IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD GALE ZLOMKE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>ROBERT HOUSTON, )<br>)<br>Respondent. ) | 4:05cv3215<br><br>PROGRESSION ORDER |

This matter is before the court to establish a schedule for briefs on the merits of the above-entitled habeas corpus case. Although the petitioner has filed a much more substantial discussion of his habeas claims in his Reply (filing no. 11), it appears from the respondent's Answer (filing no. 9), that the respondent may not have fully understood the petitioner's claims as set forth in the Petition for Writ of Habeas Corpus. At this point, both parties should now be able to present a thorough analysis. Briefs shall be filed as set forth below.

IT IS ORDERED:

1. That by **November 30, 2006**, the petitioner shall file a brief in support of the claims raised in his Petition, and in opposition to the respondent's Answer; as the petitioner has already covered much of that material in his Reply, he may incorporate the Reply into his brief by reference, and he may contribute any additional information he would like the court to consider;

2. That by **January 10, 2007**, the respondent shall file a brief in response to the petitioner's brief; and

3. That by **January 30, 2007**, the petitioner may file a reply brief.

DATED this 5th day of September, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge